# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN ZIMMERMAN,

      Plaintiff,

vs.

STARBUCKS CORPORATION,

      Defendant.

Case No. 2:17-cv-00834-GMN-GWF

**ORDER**

On or about April 5, 2017, the Court entered a sealed Order (ECF No. 6) directing Plaintiff to file a revised certificate of interested parties because it determined that pursuant to the Litigation Funding Agreement, Litigation Management and Financial Services, LLC also has a direct, pecuniary interest in the outcome of these cases and should be disclosed by Plaintiff in his certificates of interested parties. The Court has determined that the Order was erroneously filed under seal and Plaintiff should not file his amended certificate of interested parties under seal. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall unseal the Order regarding the refiling of Plaintiff's certificate of interested parties (ECF No. 6).

**IT IS HEREBY ORDERED** that Plaintiff shall not file his amended certificates of interested parties under seal.

DATED this 14th day of April, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge