Whitney C. Wilcher, Esq.
**THE WILCHER FIRM**
Nevada State Bar No. 7212
400 South 4th Street Suite 500
Las Vegas, NV 89101
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Kevin Zimmerman, an individual,

        Plaintiff,

v.

Starbucks Corporation
*d.b.a* Starbucks Coffee Company*,*

        Defendant,

v.

State of Nevada, ex rel.
Adam Paul Laxalt, Attorney General,

        Defendant-Intervenor,

And related cases.

Case Nos:

2:17-cv-00304-GMN-GWF
2:17-cv-00307-GMN-GWF
2:17-cv-00312-GMN-GWF
2:17-cv-00397-GMN-GWF
2:17-cv-00433-GMN-GWF
2:17-cv-00536-GMN-GWF
2:17-cv-00554-GMN-GWF
2:17-cv-00560-GMN-GWF
2:17-cv-00563-GMN-GWF
2:17-cv-00567-GMN-GWF
2:17-cv-00569-GMN-GWF
2:17-cv-00595-GMN-GWF
2:17-cv-00596-GMN-GWF
2:17-cv-00597-GMN-GWF
2:17-cv-00602-GMN-GWF
2:17-cv-00796-GMN-GWF
2:17-cv-00830-GMN-GWF
2:17-cv-00833-GMN-GWF
**2:17-cv-00834-GMN-GWF**
2:17-cv-00935-GMN-GWF
2:17-cv-00973-GMN-GWF
2:17-cv-00974-GMN-GWF
2:17-cv-00976-GMN-GWF
2:17-cv-00977-GMN-GWF
2:17-cv-01183-GMN-GWF
2:17-cv-01194-GMN-GWF
2:17-cv-01198-GMN-GWF
2:17-cv-01199-GMN-GWF
2:17-cv-01201-GMN-GWF
2:17-cv-01206-GMN-GWF
2:17-cv-01209-GMN-GWF
2:17-cv-01259-GMN-GWF
2:17-cv-01300-GMN-GWF

2:17-cv-01302-GMN-GWF
2:17-cv-01308-GMN-GWF
2:17-cv-01315-GMN-GWF
2:17-cv-01338-GMN-GWF
2:17-cv-01347-GMN-GWF
2:17-cv-01358-GMN-GWF
2:17-cv-01359-GMN-GWF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Kevin Zimmerman and Defendant, Starbucks Corporation, hereby stipulate that the Civil Action entitled as *Zimmerman v. Starbucks Corporation d.b.a Starbucks Coffee Company,* Case No. 2:17-cv-00834-GMN-GWF be dismissed with prejudice and each side to bear its own costs and fees.

**RESPECTFULLY** submitted on this 5th day of June 2018.

*/s/ Whitney C. Wilcher*
Whitney C. Wilcher, Esq.
**THE WILCHER FIRM**
Nevada State Bar No. 7212
400 South 4th Street Suite 500
Las Vegas, NV 89101
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

*/s/ Lynn V. Rivera* (with permission)
Lynn V. Rivera
Burnham Brown
200 S. Virginia St., 8th Flr
P.O. Box 2860
Reno, NV 89501
775-398-3065
Email: lrivera@burnhambrown.com
*Attorney for Defendant*

**ORDER**

ORDERED, dismissing this action with prejudice with each side bearing its own costs and fees.

IT IS SO ORDERED.

DATED this ___14___ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of June 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record:

Lucas Tucker
Nevada Attorney General
10791 West Twain Ave., Ste 100
Las Vegas, NV 89135
702-486-3256
Email: ltucker@ag.nv.gov
*Attorney for Defendant-Intervenor*

Mark J. Krueger
100 N Carson St
Carson City, NV 89701-4717
775-684-1100
Fax: 775-684-1108
Email: mjkruege@ag.state.nv.us
*Attorney for Defendant-Intervenor*

David F Faustman
Fox Rothschild LLP,One Summerlin
1980 Festival Plaza Drive Suite 700
Las Vegas, NV 89135
702-262-6899
Email: dfaustman@foxrothschild.com
*Attorney for Defendant Party City Corp.*

Teodora Hrissimiro Popova
Fox Rothschild LLP
1980 Festival Plaza Drive Suite 700
Las Vegas, NV 89135
Email: tpopova@foxrothschild.com
*Attorney for Defendant Party City Corp.*

Lynn V. Rivera
Burnham Brown
200 S. Virginia St., 8th Flr
P.O. Box 2860
Reno, NV 89501
775-398-3065
Email: lrivera@burnhambrown.com
*Attorney for Defendant Starbucks Corp.*

Dalton L. Hooks
Alverson Taylor Mortensen & Sanders
6605 Grand Montecito Parkway Suite 200
Las Vegas, NV 89149
702-384-7000
Email: trodriguez@alversontaylor.com
*Attorney for Defendant Smith's Food & Drug Centers, Inc.*

Gregory Francis Hurley
Sheppard Mullin Richter & Hampton LLP
650 Town Center Dr., 4th Flr.
Costa Mesa, CA 92626
714-513-5100
Email: ghurley@sheppardmullin.com
PRO HAC VICE
*Attorney for Defendant Smith's Food & Drug Centers, Inc.*

Mari K Schaan
Hooks Meng Schaan Clement PLLC
2820 W Charleston Blvd Suite C-23
Las Vegas, ND 89102
702-766-4672
Email: mari@hmscnv.com
*Attorney for Defendant Smith's Food & Drug Centers, Inc.*

Michael Johnson Chilleen
Sheppard Mullin Richter & Hampton LLP
650 Town Center Dr., 4th Flr.
Costa Mesa, CA 92626
714-513-5100
Email: mchilleen@sheppardmullin.com
PRO HAC VICE
*Attorney for Defendant Smith's Food & Drug Centers, Inc. & Smiths Food #346*

Dylan T. Ciciliano
Garman Turner Gordon LLP
650 White Drive Suite 101
Las Vegas, NV 89119
Email: dciciliano@gtg.legal
*Attorney for Defendant Speedee Mart, Inc.*

Gregory E Garman
Garman Turner Gordon
650 White Drive Suite 100
Las Vegas, NV 89119
Email: ggarman@gtg.legal
*Attorney for Defendant Speedee Mart, Inc.*

John P. Aldrich
Aldrich Law Firm, Ltd.
1601 S. Rainbow Blvd, Ste 160
Las Vegas, NV 89146
Email: jaldrich@johnaldrichlawfirm.com
*Attorney for Defendant WTS Investments d.b.a*
*KFC & 7-Eleven, & Rose Group Holdings*

Julie Rae Trotter
Call & Jensen
610 Newport Center Drive Suite 700
Newport Beach, CA 92660
Email: jtrotter@calljensen.com
PRO HAC VICE
*Attorney for Defendant WTS Investments d.b.a*
*KFC*

Michael S. Orr
Call & Jensen
610 Newport Center Drive Suite 700
Newport Beach, CA 92660
PRO HAC VICE
*Attorney for Defendant WTS Investments d.b.a*
*KFC;7-Eleven & Rose Group Holdings*

Kurt R. Bonds
Alverson Taylor Mortensen, et al
6605 Grand Montecito Parkway Suite 200
Las Vegas, NV 89149
Email: efile@alversontaylor.com
*Attorney for Defendant WBF McDonald's*
*Management, LLC & Snowed In*

Trevor Waite
Alverson Taylor Mortensen & Sander
6605 Grand Montecito Parkway Suite 200
Las Vegas, NV 89149
702-384-7000
Email: twaite@alversontaylor.com
*Attorney for Defendant WBF McDonald's*
*Management, LLC & Snowed Inn*

Justin R. Taruc
Hawkins Melendrez, P.C.
9555 Hillwood Drive, Ste. 150
Las Vegas, NV 89134
702-318-8800
Email: jtaruc@hawkinsmelendrez.com
*Attorney for Defendant Sareh Siavash*

Geoffrey W. Hawkins
Hawkins Melendrez, P.C.
9555 Hillwood Drive, Ste. 150
Las Vegas, NV 89134
Email: ghawkins@hawkinsmelendrez.com
*Attorney for Defendant Sareh Siavash*

Martin I. Melendrez
Hawkins Melendez, P.C.
9555 Hillwood Drive Suite 150
Las Vegas, NV 89134
mmelendrez@hawkinsmelendrez.com
*Attorney for Defendant Sareh Siavash*

C. Butterfield
Wilson Elser Moskowitz Edelman & Dicker LLP
300 South Fourth Street 11th Floor
Las Vegas, NV 89101
702-727-1400
Email: chad.butterfield@wilsonelser.com
*Attorney for Defendant Target Corporation*

Richard L Tobler
Richard L. Tobler, Ltd.
3654 N. Rancho Drive
Las Vegas, NV 89130
Email: rltltdck@hotmail.com
*Attorney for Defendant National Retail*
*Properties, LP & Wendy's of Las Vegas*

I also hereby certify that on this 5th day of June 2018, I caused a true and correct copy of the foregoing to be served via first class mail, postage prepaid to the following:

J & M Sales, Inc.
dba Fallas
3085 E. Tropicana Ave
Las Vegas, NV 89121
Michael S. Orr
Call & Jensen
610 Newport Center Dr., Ste 700
Newport Beach, CA 92660
1259, 1315

GJS Group, Inc.
8080 S. Las Vegas Blvd.
Las Vegas, NV 89123

Eurostar, Inc.
dba Eurostar WSS
3870 S. Maryland Pkwy, Ste B
Las Vegas, NV 89119

A.Z.Y. Mander, Inc.
6515 S. Eastern Ave
Las Vegas, NV 89119

Via Veneta of CA Corp
5955 S. Eastern Ave
Las Vegas, NV 89119

WTS Investments, LLC
clo David Wehrman
4802 Longley Lane
Reno, NV 89502
Its Statutory Agent

WTS Investments, LLC
1353 E. Silverado Ranch Blvd
Las Vegas, NV 89183

La Cocina, LLC
clo Law Offices of David A. Straus, LLC
900 Rancho Lane
Las Vegas, NV 89106
Its Statutory Agent

Tropicana 1611, Inc.
dba IHOP #1611
3260 E. Tropicana Ave
Las Vegas, NV 8912

*By: LS*